No. 01–6355.  Boyd v. United States.  C. A. 8th Cir.  Certiorari denied.

No. 01–6357.  De La Garza-Gallegos v. United States.  C. A. 5th Cir.  Certiorari denied.

No. 01–6360.  Daniel v. United States.  C. A. 6th Cir.  Certiorari denied.

No. 01–6365.  Ruhbayan v. United States.  C. A. 4th Cir.  Certiorari denied.

No. 01–6366.  Balderas-Alvarado v. United States.  C. A. 5th Cir.  Certiorari denied.

No. 01–6367.  Shakellwood v. United States.  C. A. 2d Cir.  Certiorari denied.

No. 01–6368.  Spann v. United States.  C. A. 11th Cir.  Certiorari denied.

No. 01–6373.  Barajas-Gonzalez v. United States (Reported below: 263 F. 3d 166); Barraza-Gandara, aka Barrnsa v. United States (263 F. 3d 166); Bustamante-Solis v. United States (263 F. 3d 166); Carrasco-Muniz v. United States (263 F. 3d 166); Gonzalez-Bautista v. United States (263 F. 3d 166); Flores-Molina v. United States (263 F. 3d 166); Holguin-Rios, aka Olguin v. United States (263 F. 3d 166); Lopez-Contreras, aka Gonzalez-Cabrera v. United States (263 F. 3d 165); Martinez-Vasquez, aka Gallardo-Navarro v. United States (263 F. 3d 166); Martinez-Gonzalez, aka Martinez v. United States (263 F. 3d 166); Ochoa-Medrano v. United States (263 F. 3d 166); Olivas, aka Juarez v. United States (263 F. 3d 166); Ortega-Fierro, aka Ortega-Sierro v. United States (263 F. 3d 166); Ortiz-Lopez v. United States (263 F. 3d 166); Perez-Castillo, aka Perez v. United States (263 F. 3d 166); Polido-Ibarra, aka Garcia-Ybarra v. United States (263 F. 3d 166); Riojas-Leija, aka Lara v. United States (263 F. 3d 165); Sandate-Hernandez v. United States (263 F. 3d 166); and Sosa-Avila v. United States (263 F. 3d 166).  C. A. 5th Cir.  Certiorari denied.

No. 01–6377.  Gann v. United States.  C. A. Fed. Cir.  Certiorari denied.